UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| SHERITTA LAMBERT,<br>Individually And On Behalf Of<br>All Others,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A.,<br>Managing Agent Chanel Roberts<br>8500 Ward Parkway<br>Kansas City, MO 64114<br><br>    Defendant. | Case No.: |

## NOTICE OF REMOVAL

Defendant U.S. Bank, N.A. ("U.S. Bank"), by and through the undersigned counsel, gives notice of its removal of Plaintiff's State Court Action to this Court under 28 U.S.C. §§1331 and 1446. In support of this Notice of Removal, U.S. Bank states the following:

**Facts Alleged in Plaintiff's State Court Action**

1. On or about March 21, 2019, Plaintiff filed a lawsuit against U.S. Bank in the Circuit Court of Clinton County, State of Missouri, Cause No. 19CN-CC00012 ("the State Court Action"). (Exhibit A).

2. In her State Court Action, Plaintiff purports to assert claims under the Fair Credit Reporting Act, 15 U.S.C. §§1681 et seq. ("FCRA").

3. Plaintiff alleges, among other things, that U.S. Bank violated the FCRA.

## Federal Question Jurisdiction

4. The State Court Action may be removed to this Court if it is one "of which the district courts of the United States have original jurisdiction." 28 U.S.C. §1441(a).

5. Federal district courts have original jurisdiction over all civil actions "arising under" the Constitution, laws, or treaties of the United States. 28 U.S.C. §§1331; 1441(a).

6. In the State Court Action, Plaintiff alleges U.S. Bank violated the FCRA. See Plaintiff's Complaint, ¶¶56-58; 74-75. This action thus "arises under" the laws of the United States, satisfying the requirements for federal question jurisdiction.

## Removal Is Timely

7. U.S. Bank was served with a Summons and Complaint in the State Court Action on March 25, 2019.

8. This Notice of Removal is timely because it is filed within thirty (30) days after U.S. Bank was served with a Summons and Complaint in the State Court Action.

## The Other Requirements for Removal Are Met

9. The United States District Court for the Western District of Missouri is the appropriate venue for removal of Plaintiff's State Court Action. The Circuit Court of Clinton County, State of Missouri is within this District.

10. U.S. Bank attaches as Exhibit B, pursuant to 28 U.S.C. §1446(a), a copy of the complete file from the State Court Action, including all pleadings, process, and orders that have been served on U.S. Bank.

11. U.S. Bank will contemporaneously file a notice of removal and a copy of this Notice in the Circuit Court of Clinton County, State of Missouri, in accordance with 28 U.S.C. §1446(d).

12. U.S. Bank will contemporaneously serve Plaintiff with a copy of this Notice, pursuant to 28 U.S.C. §1446(d).

13. By filing this Notice of Removal, U.S. Bank does not waive any defenses which may be available to it.

14. For all of the foregoing reasons, this Court has original jurisdiction over this lawsuit.

Respectfully submitted,

**THOMPSON COBURN LLP**

By /s/ Matthew D. Guletz
Matthew D. Guletz, MO - 57410
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
mguletz@thompsoncoburn.com

Attorney for Defendant
U.S. Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, first class mail postage prepaid, this 22nd day of April, 2019 to:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454

Attorneys for Plaintiff Sheritta Lambert

/s/ R. Matthew D. Guletz