# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSPEH DIVISION

| | |
|---|---|
| SHERITTA LAMBERT, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 5:19-cv-06055-BP |
| U.S. BANK, N.A., | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 23rd day of August , 2019, the parties herein having filed a Stipulation for Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: August 26, 2019